**FILED**

4:23 pm Dec 19 2019

Clerk U.S. District Court
Northern District of Ohio
Toledo

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF THE SEARCH OF: | ) | CASE NO.: 3:18MJ5056 |
| | ) | |
| THE DOMAIN NAME | ) | MAGISTRATE JUDGE JAMES R. |
| COINGATHER.COM | ) | KNEPP, II |
| | ) | |
| | ) | |
| | ) | <u>MOTION TO UNSEAL SEIZURE</u> |
| | ) | <u>WARRANT, APPLICATION AND</u> |
| | ) | <u>AFFIDAVIT IN SUPPORT</u> |

Now comes the United States of America, by and through its counsel, Justin E. Herdman, United States Attorney, and Deyana Unis, Assistant United States Attorney, and respectfully moves the Court for an Order unsealing the federal seizure warrant, application and affidavit in support filed under Case No. 3:18MJ5056.

Counsel for the government submits that the seizure warrant in Case No. 3:18MJ056, including the application and affidavit in support, was ordered sealed at the government's request since the contents related to a then-pending investigation and sealing of the affidavit was deemed necessary to prevent compromise of the then-pending investigation. Such concern no longer exists.

Accordingly, the United States of America respectfully moves the Court to enter an Order unsealing the seizure warrant, application and affidavit in support filed in Case No. 3:18MJ5056.

        Respectfully submitted,

        JUSTIN E. HERDMAN
        United States Attorney

By:  /s/ *Deyana Unis*
        Deyana Unis (MI: P81361)
        Assistant United States Attorney
        Four Seagate, Suite 308
        Toledo, OH 43604
        (419) 259-6376
        (419) 259-6360 (facsimile)
        Deyana.Unis@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of December, 2019 a copy of the foregoing document was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  All other parties will be served by regular U.S. Mail.  Parties may access this filing through the Court's system.

/s/ *Deyana Unis*
Deyana Unis
Assistant U.S. Attorney